■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
MICHAEL L. SMITH, Appellant.—Judgment unanimously af-
firmed. Memorandum: Although it was inappropriate for
County Court to use the phrase "reasonable degree of cer-
tainty" in explaining to the jury the concept of proof beyond a
reasonable doubt *(see, People v Hewlett,* 133 AD2d 417), the
absence of any objection by defendant constitutes a failure to
preserve that issue for our review *(see,* CPL 470.05 [2]). Fur-
ther, reviewing the charge in its entirety, we find that it
properly conveyed to the jury the correct rule to apply in
arriving at its verdict *(see, People v Canty,* 60 NY2d 830, 832;
*People v Jimenez,* 147 AD2d 905, *lv denied* 73 NY2d 978).

The court also erred in instructing the jury, without re-
quest, that defendant had a right not to testify and that no
unfavorable inference could be drawn from his failure to
testify *(see,* CPL 300.10 [2]; *People v Koberstein,* 66 NY2d 989,
991; *People v Gonzalez,* 145 AD2d 923, *lv denied* 73 NY2d
1015). Proof of defendant's guilt, however, was overwhelming
and the court's error in giving a no inference charge to the
jury was harmless beyond a reasonable doubt *(see, People v
Mullally,* 147 AD2d 904, *lv denied* 73 NY2d 980; *People v
Williams,* 144 AD2d 1012, 1013, *lv denied* 73 NY2d 984).

We have reviewed defendant's remaining contentions and
find them to be without merit. (Appeal from Judgment of
Onondaga County Court, Cunningham, J.—Robbery, 1st De-
gree.) Present—Denman, J. P., Boomer, Pine, Lawton and
Davis, JJ.